2444.  ATLANTIC COAST LINE RAILROAD CO. *v.* THE STATE.

POWELL, J.  This case involves only questions as to the constitutionality of what is known' as the "headlight act" of 1908.  These questions have been certified to the Supreme Court, and by that tribunal have been answered, the holding being that the act is constitutional.  135 *Ga.* 545 (69 S. E. 725).  The judgment of the trial court is therefore *Affirmed.*

DECIDED JANUARY 17, 1911.

Accusation of violation of headlight law; from city court of Richmond county—Judge Eve.  January 25, 1910.

*McDaniel, Alston & Black, Joseph R. Lamar,* for plaintiff in error.

*J. C. C. Black,* solicitor, *T. S. Felder,* contra.

---

2612.  LATTY *et al. v.* RYLEE.

HILL, C. J..  The assignments of error as to excerpts from the charge of the court to the jury, when considered in connection with the context and the entire charge and the issues of fact as raised by the pleadings and the evidence, are without merit.  The law applicable to the issues of fact was fairly, fully, and correctly submitted, and the verdict is amply supported by the evidence.                               *Judgment affirmed.*

DECIDED JANUARY 17, 1911.

Complaint; from city court of Hall county—Judge. Looper. March 26, 1910.

*E. O. Dobbs.* for plaintiff in error.

*J. M. Merritt, J. G. Collins,* contra.